RECEIVED
AUG 1 7 2009
TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| SYED M. ABBAS | CIVIL ACTION NO. 09-0169 |
| VERSUS | JUDGE DOHERTY |
| DEPARTMENT OF HOMELAND SECURITY | MAGISTRATE JUDGE HILL |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously field herein, and after an independent review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law, and further considering the petitioner was removed from the United States pursuant to an Order of Removal issued an Immigration Judge on August 11, 2009,[1]

IT IS ORDERED that petitioner's federal habeas corpus petition be DENIED AND DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED in Lafayette, Louisiana on this ___17___ day of August, 2009.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

---

[1] *See* Government's Response to Objections to Report and Recommendation, Doc. 17, Exhibit 1.